IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THEODORE BENNETT, JR.,

   Plaintiff,

   v.

WACHOVIA CORPORATION,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-910-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 41] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 27]. No objections to the Report and Recommendation were filed. For the reasons set forth in the Report and Recommendation, the Plaintiff failed to establish a prima facie case of discrimination and failed to rebut the Defendant's legitimate non-discriminatory reasons for terminating the Plaintiff. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 27] is GRANTED. The request for an award of attorney's fees is DENIED.

SO ORDERED, this 16 day of February, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge